CAROLINE D. CIRAOLO
Acting Assistant Attorney General

LINDSAY L. CLAYTON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
201-307-2956
202-307-0054 (Fax)
Lindsay.L.Clayton@usdoj.gov

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **WP HOLDINGS, LLC**, an Oregon limited liability company**,**<br><br>        **Plaintiff,**<br><br>    v.<br><br>**UNITED STATES OF AMERICA**, acting by and through the Internal Revenue Service,<br><br>        **Defendant.** | **Case No.: 3:15-cv-787**<br><br>**ORDER GRANTING**<br>**JOINT MOTION TO DISMISS** |

Having read and considered the Joint Stipulation and Motion to Dismiss, and for good cause shown, the Court hereby GRANTS the motion and ORDERS that this case is dismissed with prejudice under Fed. R. Civ. P. 41(a), with each party to bear its own costs and fees.

Dated this 15th day of September, 2015.

/s/ Michael H. Simon_____
UNITED STATES DISTRICT JUDGE